**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jay Scott Garrison, Jr. v. The State of Texas

Appellate case numbers:  01-12-01144-CR, 01-12-01145-CR, and 01-12-01146-CR

Trial court case number:  1278458, 1278460, and 1302172

Trial court:               178th District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw; neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we order appellant's appointed counsel, Terrence A. Gaiser, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
　　　　　　　　　☑ Acting individually　　□ Acting for the Court

Date: August 19, 2013